UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60563-CIV-CANNON/STRAUSS

CARLOS CRUZADO-RODRIGUES,

    Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security Administration,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

**THIS CAUSE** is before me upon Plaintiff's Motion for Summary Judgment (DE 27), and Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand to Defendant ("Motion to Remand"). (DE 31). Based on a Clerk directive, this case is referred to me for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters. (DE 7). On March 16, 2020, Plaintiff filed a Complaint seeking review of the final decision of the Commissioner of Social Security denying benefits under the Social Security Act. (DE 1). Defendant, the Commissioner of Social Security ("Commissioner"), filed an Answer to the Complaint on August 10, 2020 (DE 21), as well as the Transcript of the proceedings below (DE 22). Thereafter, Plaintiff filed his Motion for Summary Judgment. On December 2, 2020, the Commissioner filed his Motion to Remand. Plaintiff does not object to Defendant's motion.

Title 42, United States Code, Section 405(g), empowers the Court to reverse the decision of the Commissioner with or without remanding the cause for a rehearing. *See Shalala v. Schaefer*, 509 U.S. 292 (1993). On remand under sentence four, the ALJ should review the case on a

complete record, including any new material evidence.

Accordingly, based on the foregoing, I **RECOMMEND** as follows:

1. That the Motion to Remand (DE 31) be **GRANTED**;

2. That Final Judgment under Rule 58, Federal Rules of Civil Procedure be entered;

3. That this cause be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g) for the Commissioner to perform the following:

    > update the medical evidence of record, as needed, pursuant to 20 CFR § 404.1512 and § 416.912; obtain supplemental vocational expert testimony to clarify the effect of the assessed limitations on the claimant's occupational base (Social Security Rulings 83-12 and 83-14), identify examples of appropriate jobs and to state the incidence of such jobs in the national economy (20 CFR § 404.1566 and § 416.966), and resolve any apparent conflicts between the vocational expert's testimony and the Dictionary of Occupational Titles (DOT) in accordance with Social Security Ruling 00-4p; and take any other administrative action as deemed necessary to complete the administrative record, including offering the claimant an opportunity for a hearing and issuing a new decision

    as stated in the Motion to Remand (DE 31); and

4. That Plaintiff's Motion for Summary Judgment (DE 27) be **DENIED AS MOOT**.

The parties will have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with the Honorable Aileen M. Cannon, United States District Judge. Failure to timely file objections shall bar the parties from a *de novo* determination by the District Judge of an issue covered in the Report and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained

in this Report except upon grounds of plain error if necessary in the interest of justice. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1.

**DONE AND SUBMITTED** in Fort Lauderdale, Florida, this 3rd day of December 2020.

Jared M. Strauss
United States Magistrate Judge

Copies furnished via CM/ECF to:

Honorable Aileen M. Cannon
United States District Judge

All counsel of Record