**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

CASE NO. 20-60563-CIV-CANNON/Strauss

**CARLOS CRUZADO-RODRIGUES**,

    *Plaintiff*,

v.

**ANDREW M. SAUL**,
Acting Commissioner of Social Security,

    *Defendant*.

_____/

**ORDER ADOPTING
REPORT AND RECOMMENDATION**

**THIS MATTER** comes before the Court upon the Report and Recommendation of Magistrate Judge Jared M. Strauss ("Report") [ECF No. 32], entered on December 3, 2020. In the Report, Judge Strauss recommends that the Court grant the Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C § 405(g) with Remand to the Commissioner [ECF No. 31] to permit the Administrative Law Judge to review the case on a complete record, which would include any new material evidence submitted by the parties. Specifically, the Report recommends that this cause be reversed and remanded to allow the Commissioner an opportunity to complete the following tasks: (1) update the medical evidence record; (2) obtain supplemental expert testimony; (3) identify examples of appropriate jobs as well as the incidence of such jobs in the national economy; (4) resolve any discrepancies between the proffered expert testimony and the Dictionary of Occupational Titles; (5) and take any other administrative action deemed necessary. The Report also recommends that Final Judgment under Rule 58 of the Federal Rules of Civil Procedure be entered.

The parties have not filed objections to the Report, and the time for filing objections has passed. The Court, having reviewed the Report, the Defendant's Unopposed Motion [ECF No. 31], the record, applicable law, and being in full agreement with the recommendations of Judge Strauss, hereby **ORDERS** that Judge Strauss's Report [ECF No. 32] is **ADOPTED** in full:

1. Defendant's Unopposed Motion to Remand [ECF No. 31] is **GRANTED**.

2. Final Judgment under Rule 58 of the Federal Rules of Civil Procedure is entered.

3. This cause is **REVERSED and REMANDED** under Sentence Four of 42 U.S.C. § 405(g) for the Commissioner to perform the tasks identified in the Report and stated in the Motion to Remand [ECF No. 31].

4. Plaintiff's Motion for Summary Judgment [ECF No. 27] is **DENIED AS MOOT.**

**DONE AND ORDERED** in Fort Pierce, Florida, this 21st day of December 2020.

        **AILEEN M. CANNON**
        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record